# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-1746
Lower Tribunal No. 2021-CT-003534-AXXX-XX

_____

BRUNO C. CHAVEZ-MARTINEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the County Court for Collier County.
Robert L. Crown, Judge.

March 26, 2024

PER CURIAM.

AFFIRMED.

WOZNIAK, BROWNLEE and GANNAM, JJ., concur.


Justin P. Caldarone, of The Caldarone Law Group, P.A., Naples, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Alicia M Winterkorn, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED